Zenebech Tesfaye TEQURE, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–1470.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 7, 2011.

Decided: Jan. 24, 2011.

Oti W. Nwosu, The Law Office of Oti W. Nwosu, Arlington, Virginia, for Petitioner. Tony West, Assistant Attorney General, Emily Anne Radford, Assistant Director, Jesse Lloyd Busen, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zenebech Tesfaye Tequre, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reconsider its refusal to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(a) (2010). Accordingly, we deny the petition for review for the reasons

stated by the Board. *See In re: Tequre* (B.I.A. Mar. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*